MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
(702) 870-8700
Attorney for Plaintiffs

RECEIVED AND FILED
Nov 20  11 20 AM '00

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

WARWICK L. JONES and CARY Z. JONES,

    Plaintiffs,

vs.

WELLS FARGO BANK, NATIONAL ASSOCIATION,

    Defendant.

CV-S-00-1390-LDG-RJJ

SIX PERSON JURY DEMANDED

## COMPLAINT

1. The jurisdiction of this Court is conferred by 15 U.S.C. § 1681p. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiffs' claims arose from acts of the Defendant perpetrated therein.

### PRELIMINARY STATEMENT

2. The Plaintiffs bring this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C. Section 1681 et seq. (hereinafter referred as the "FCRA"). Plaintiffs seek actual damages, punitive damages, costs and attorney's fees.

. . .

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

3. Plaintiffs, Warwick L. Jones (WLJ) and Cary Z. Jones (CZJ), are natural persons, residents and citizens of the State of Nevada and of the United States. Plaintiffs are "consumers" as defined by FCRA § 1681a(c). Warwick L. Jones is the father of Cary Z. Jones.

4. The Defendant, Wells Fargo National Bank, National Association, (hereinafter referred to as "User") is a foreign entity with its principal place of business in Minneapolis, Minnesota.

## CAUSE OF ACTION

### Statement of Facts

5. WLJ has a distinct heightened interest in protecting his credit profiles.

6. In October, 1999, WLJ filed a federal action styled <u>Warwick Lewis Jones v. Bonded Collectors, Inc.</u>, CV-S-99-1457-JBR (RJJ), against a Florida debt collector who had insidiously reported a $9,000 collection account which was the time-barred debt of WLJ's son, Brett Jones.

7. Brett Jones was an airline Captain. Brett Jones died in an April, 1992, plane crash.

8. The litigation against Bonded Collectors ("Bonded") resulted in the deletion of the collection entry from WLJ's credit profiles.

. . .

. . .

2

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

9. WLJ and his wife attempted to acquire a home mortgage prior to and during the litigation with Bonded. WLJ's credit profiles were illegally accessed by numerous lenders in addition to those with authorization.

10. Many unwanted inquiries resulted from the repeated acquisition of WLJ's credit profiles. These inquiries reflect the difficulty WLJ encountered in acquiring a mortgage in the presence of the disparaging Bonded entry. The numerous inquiries have eroded WLJ's "credit score."

11. As a result of the erosion of his "credit score," WLJ has become in the habit of directing all lenders with whom he discusses rates **not** to access his credit profiles. A copy of WLJ's July 27, 2000, letter to Eaglemark Customer Funding Corporation, which twice emphatically directed Eaglemark **not** to access his credit profiles, is attached as Exhibit 1.

12. On or about June 29, 2000, WLJ telephoned the Defendant's offices in Las Vegas, Nevada, and spoke with Ms. Dee Choser (Choser). Plaintiffs were, at all times relevant hereto, customers of the Defendant Bank.

13. WLJ advised Choser that he and CZJ were interested in aircraft financing. Plaintiff also explicitly advised Choser that she was not authorized to access his credit profiles and that he could provide the same if required.

14. WLJ repeated this admonition during each conversation with Choser.

15. All conversations with Choser were telephonic and at no time was a written application executed by either Plaintiff.

3

16. On or about June 30, 2000, Choser called WLJ informing him that financing was available at a rate approximating 11.5% over a 6-year term.

17. WLJ advised Choser that financing was typically available at 9%-10% over 15-20 year terms. WLJ repeated his earlier admonition re his credit profiles.

18. On or about July 19, 2000, Choser contacted WLJ advising him that Defendant could offer financing at 10% over a 12-year term.

19. On or about Tuesday, July 25, 2000, at approximately noon, WLJ received a call from Choser advising him that the loan had been "approved" at 10% for 12 years. Choser added that she would need to speak with CZJ re certain facts pertaining to purchase and loan documents.

20. WLJ advised that the two would think the matter over and get back to Choser were they interested.

21. Choser called WLJ on or about July 31, 2000, and offered to take an application over the phone. WLJ repeated his admonition concerning his credit profiles and advised Choser of the accounts which he and CZJ had with the Defendant.

22. On or about August 4, 2000, WLJ received from Choser a fax (Exhibit 2) which contained a list of items the Defendant required. Exhibit 2 references a credit entry contained in the credit profile of CZJ.

23. At no time had CZJ even spoken with Choser.

24. A furious WLJ immediately called Choser who defended the Defendant asserting it was automatically authorized to access the credit profiles once WLJ had initiated discourse re financing.

4

25. WLJ reminded Choser both of his repeated requests that his credit profile not be pulled absent his express permission and the fact that Choser had not even spoken with his son.

26. On or about August 8, 2000, WLJ called Choser's supervisor, Ms. Shirley Skirvin, who echoed Choser's view that authorization to access Plaintiffs' profiles was automatic.

27. Skirvin did not address the repeated explicit admonitions provided by WLJ.

28. On or about August 11, 2000, WLJ received a credit report from Equifax Credit Information Services, Inc. (Exhibit 3). Exhibit 3 reflects that User accessed WLJ's credit profile on July 31, 2000.

29. The referenced inquiries have become permanent components of the Plaintiffs' credit profiles and are reported to those who ask to review the credit history of the Plaintiffs.

30. Upon best information and belief, User agreed and represented in its agreements with the various credit reporting agencies that User would request and use consumer reports which were obtained from said agencies only for purposes which are lawful under the FCRA as defined under § 1681b.

31. User was required pursuant to FCRA §§ 1681b(f), 1681n and 1681o to refrain from obtaining consumer reports from credit reporting agencies under false pretenses.

32. At no time material hereto did Plaintiffs ever have a relationship of any kind with User as defined under FCRA § 1681b(a)(3)(A)-(F).

33. User has never ever been ordered by a court of competent jurisdiction to issue a consumer report pursuant to FCRA

5

§ 1681b(a)(1). Plaintiffs have never knowingly given written instructions to User to obtain and/or release to a third party a consumer report of which Plaintiffs were the subject pursuant to FCRA § 1681b(a)(2).

34. User had an affirmative duty to follow reasonable procedures, including those that would prevent the impermissible accessing of consumer reports.

35. Reasonable procedures for users include restricting the ability of its agents to obtain consumer reports on consumers for any impermissible purpose.

36. Upon best information and belief, User's illegal and surreptitious acquisition of Plaintiffs' credit reports derived from an interest and priority well beyond the scope of the FCRA.

37. User has, upon best information and belief, compromised its relationship with the various credit reporting agencies in falsifying the basis upon which Plaintiffs' reports were obtained.

38. User has compromised Plaintiffs' access to credit in imparting to past, present and future credit grantors that Plaintiffs have applied for credit in tandem with a relationship with User.

### Statement of Claim

39. Defendant/User willfully and/or negligently violated the provisions of the FCRA in the following respects:

    a. User has falsely, purposely, surreptitiously and maliciously obtained the Plaintiffs' credit reports in violation of FCRA § 1681b(f).

      b.    User has falsely, purposely, surreptitiously and maliciously obtained the Plaintiffs' credit reports in violation of FCRA § 1681n.

      c.    User has obtained the Plaintiffs' credit reports in violation of FCRA § 1681o.

**PRAYER FOR RELIEF**

THEREFORE, Plaintiffs pray that the court grant:

    a)    actual damages;

    b)    punitive damages;

    c)    attorney's fees; and

    d)    costs.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
Attorney for Plaintiffs

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102

(702) 870-8700

**EXHIBITS**

**CONSULTANTS INTERNATIONAL ARCHITECTURE LLC**
4616 W. Sahara Ave., Ste. 270
Las Vegas, NV. 89102
Telephone 702-233-5941  Fax 702-233-5941           Warwick L. ( Rick ) Jones
Cell.         702-286-0340

Date 07/27/2000

Attn. Dennis Oliver
      Loan Officer

**EAGLEMARK FINANCIAL**
**AIRCRAFT FINANCING**

Fax number : 800-699-2142

Dear Dennis,
Thank you for your time discussing Aircraft financing rates to me, as we agreed I am faxing through 30 odd sheets for your review including a late copy of my credit report obtained from my Attorney, keep in mind I am self employed and our CPA writes off most of the yearly income, included are several copies of checks which pertain to Park place entertainment(Hilton Hotel/Casinos) Arfa Contracting(Progress payment on $30,000 fees owing) & Current Consulting fees to Dawes Corporation, in addition I have a lawsuit filed in Court against a company which owes me $150,000 + interest for fees relating to year 1999. There is also additional fees due & owing to the amount of $ 25,000 from Arfa contracting on a past contract performed in 1998-99.

If you require additional Tax figures, you may call the CPA office in Las Vegas, Gary Campbell on 702-255-2330, I have alerted the office that maybe someone could call.

Please do not pull an additional credit report at this period, the Aircraft we are looking to purchase is as follows:

Socata Tampico TB9         purchase price $45,500.00    NEG. SELLING PRICE
Year 1990    1993
T.T.        4500 hrs.     1900 T.T.                    $67 000
SMOH engine  605 hrs.

Condition Exterior rated as 7 to 7.5   ENG. 1900 SMOH
Condition Interior rated as 8 to 9
No damage history                       ANNUAL  FEB. 24-2000
Full Log books         10 & 10

Last annual Oct. 1999, all current AD's complied with; My Son Cary Jones who would be the Pilot is presently down in San Diego to inspect the Aircraft, and if it looks good, we intend to have another annual inspection performed in lieu of a pre-buy inspection.        INSPECTED

Upon research across the Nation, the same model with years varying between 1990 to 1993 are listed for sale at $54,000 ; $ 69,000 ; $ 72,000 with greater T.T. and engine hrs. up in the 1200 to 1600's.

This particular owner has a partner who apparently is short of cash and does not wish to share fair equal costs of running this Aircraft.
                                                     NOT AN EX-FLITE
Again, thank you,                                          SCHOOL
W.Rick Jones                                              AIRCRAFT.

EXHIBIT 1

FROM : CIA

PHONE NO. : 7022335941

Jul. 26 2000 07:58AM

CIA 7/25/00.

*Handwritten margin note:* DO NOT CALL ME FOR A CREDIT REPORT UNLESS YOU CALL ME FIRST W.L.J. 7/26/00

Please address all future correspondence to this source &  
EQUIFAX CREDIT INFORMATION SERVICES  
P.O. BOX [illegible]  
ATLANTA GA 30374  

1(800)[illegible]-[illegible]  

DATE: 04/18/00  
SOCIAL SECURITY NUMBER: [illegible] 25-[illegible]  
DATE OF BIRTH: 05/01/60  

WARNICK LEWIS JONES  
[illegible] ANGUS PING AV  
LAS VEGAS NV 89134  

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct | Date Opened | Months Rev | Date of Last Activity | High Credit | Terms | Items as of Date Reported | | | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Balance | Past Due | Status | |
| LOWE'S | C9222229-0009871 | J | 02/00 | | 03/00 | 109 | 25 | 134 | | N0 | 03/00 |
| AMERICAN EXPRESS CREDIT CARD | 372867941500 | I | 05/85 | 03 | 03/00 | 964 | | 964 | | 01 | 03/00 |
| | 3120013301727 | I | 11/99 | | 01/00 | 272K | 2K | 271K | | 11 | 01/00 |
| NORLC & A L - OAKLAND REAL ESTATE MORTGAGE | 1439963 | I | 11/94 | 10 | 06/95 | 30 | | 0 | | 01 | 10/95 |
| AIRTOUCH PAID ACCOUNT/ZERO BALANCE CHARGE | | | | | | | | | | | |
| | 242873102 | F | 05/86 | 40 | | 66 | | 0 | | R1 | 11/93 |
| HAAS BROTHERS/FACS CHARGE | | | | | | | | | | | |

**********  ADDITIONAL INFORMATION  **********

FORMER/OTHER ADDRESS 2429 DINGER LILY LN. LAS VEGAS, NV. 89134  
FORMER/OTHER ADDRESS 4616 W SAHARA AVE APT 270, LAS VEGAS, NV. 89102  
LAST REPORTED EMPL - OWNER, INTL ARCH CONSULT; BONITA S, FL  
FORMER EMPLOYMENT - SELF-CONSTRUCTION DVLPMT  
FORMER EMPLOYMENT - DEVELOPER.

**********  COMPANIES THAT REQUESTED YOUR CREDIT HISTORY  **********

04/18/00 EQUIFAX - DISCLOSURE                02/02/00 AR AMERICAN EXPRESS  
11/23/99 TRANSFAC18/TRUST ONE MORTGAGE &  
11/23/99 EQUIFAX - UPDATE  
11/22/99 INFONET /PROFOUND MORTGAGE CORP     11/17/99 WORLD SAVINGS  
11/23/99 CORONER AGENCY  
11/13/99 CREDCO /PT MORTGAGE CO PHX FNMA  
11/11/99 INFO 1 /PMLC MORTGAGE CORP  
11/09/99 CREDCO /PHCC LAS VEGAS FNMA  
11/09/99 FIRST TENNESSEE MORT /SILVER STATE FINANCIAL SV  
11/05/99 INF2 3 /OCCIDENTAL MORTGAGE  
11/05/99 INFO 1 /CLASSIC HOME LOANS  
11/05/99 ADVANTAGE /CLASSIC HOME LOANS  
11/04/99 FACIL DTA /6901 CITY FED MORTGAGE  
11/04/99 LANDSAFE /LANDSAFE CREDIT  
11/03/99 CR CENTRAL/606 ASPEN MORTGAGE       10/26/99 ACIS 929909235 2183200016  
11/02/99 CITIBANK (NV NA)  
10/25/99 LANDSAFE /LANDSAFE CREDIT  
10/22/99 LENDER'S /COVINGTON MORTGAGE  
10/22/99 CREDIT SVC/SUNBELT FIRST FINANCIAL  
10/21/99 EQUIFAX - DISCLOSURE  
10/14/99 CREDCO /GOLDEN BEST FUNDINFRMACO  
10/13/99 CR CENTRAL/606 CHASE MANHATTAN MO  
10/13/99 FNMA /NEVADA CITIZENS FINANCIAL  
10/12/99 INFONET /GOLDEN WEST FUNDING  
10/12/99 FAR WEST /FIRST UNITED MORTGAGE SAC  
10/11/99 1STANCRED /CAPITOL COMMERCE MTG  
10/06/99 FK BONDED COLLECTORS OF  
10/06/99 CREDCO /PNC MTG LAPTOP PROGRAM  
10/05/99 PNC MORTGAGE  
10/05/99 CREDCO /GMAC MTG 350 LA  
10/08/99 CREDCO  
08/14/99 CHASE CRDT/TRICCA MORTGAGE LENDING  
09/14/99 TRECOR MORTGAGE LEND  
09/09/99 LANDSAFE /LANDSAFE CREDIT  
09/04/99 CREDCO /GMAC MTG 350 LAS VEGAS  
07/13/99 LENDER'S /HILLSBOROUGH MORTGAGE CO  

COMPLSYS PAGE 2 OF 2  

EK0-REETART 00008

**WELLS FARGO**

Wells Fargo Bank Nevada, N.A.
Post Office Box 15606
Las Vegas, Nevada 89114-5606

8/4/2000

Rick —
This is list of items I will need for the Airplane loan:

Rick:
2 years personal Tax Returns
2 years business Tax Returns

Cary:
2 years personal Tax Returns
★→ Letter indicating a charge off is Paid to Plantation. — CARY JONES

Airplane
Appraisal on aircraft
Airworthiness Certificate (FAA Mechanic)
Copy of flight records
Copy of inspection logs

I am obtaining the other documents needed for the loan from Aero Records & Title Co. in Oklahoma City.
Thank you
Dee Wells Fargo P/B

Called 8/3/00
Charles Okun, Manager
765-1950
Called 8/9/00.

DEE 702-765-1900

EXHIBIT 2

*Please address all future correspondence to this address*

EQUIFAX CREDIT INFORMATION SERVICES
P.O. BOX 78848
ATLANTA, GA 30374

(800)435-4158

WARWICK LEWIS JONES
11112 ARBOR PINE AV
LAS VEGAS NV 89144

DATE 08/11/00
SOCIAL SECURITY NUMBER 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
DATE OF BIRTH 03/01/42

## CREDIT HISTORY

| Company Name | Account Number | Whose Acct. | Date Opened | Months Reviewed | Date Of Last Activity | High Credit | Terms | Items as of Date Reported Balance | Past Due | Status | Date Reported |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LOWE'S CHARGE | C8222229-0009871 | S | 02/00 | 05 | 07/00 | 1500 | 21 | 736 | | R1 | 07/00 |
| WORLD S & L - OAKLAN REAL ESTATE MORTGAGE | 5120012301727 | I | 11/99 | 05 | 06/00 | 272K | 1K | 270K | | I1 | 06/00 |
| AMERICAN EXPRESS CREDIT CARD | 3728679431500 | I | 05/89 | 01 | 07/00 | 2268 | | 1220 | | 01 | 07/00 |
| AIRTOUCH PAID ACCOUNT/ZERO BALANCE CHARGE | 1425963 | I | 11/94 | 10 | 04/95 | 38 | | 0 | | 01 | 10/95 |
| MAAS BROTHERS/FACS CHARGE | 242873102 | S | 05/86 | 40 | | 36 | | 0 | | R1 | 11/93 |

\*\*\*\*\*\*\*\*\*\* ADDITIONAL INFORMATION \*\*\*\*\*\*\*\*\*\*

FORMER/OTHER ADDRESS 2428 GINGER LILY, LN, LAS VEGAS, NV, 89134

FORMER/OTHER ADDRESS 4616 W SAHARA, AVE APT 270, LAS VEGAS, NV, 89102

LAST REPORTED EMPL - OWNER, INTL ARCH CONSULT, BONITA S, FL

FORMER EMPLOYMENT - SELF-CONSTRUCTION DVLPMT

FORMER EMPLOYMENT - DEVELOPER

\*\*\*\*\*\*\*\*\*\* COMPANIES THAT REQUESTED YOUR CREDIT HISTORY \*\*\*\*\*\*\*\*\*\*

```
08/11/00 EQUIFAX - DISCLOSURE         07/31/00 WELLS FARGO BANK NEV
07/26/00 ID EQUIFAX CONSUMER SER      07/24/00 AVFINANCE GROUP, INC
06/13/00 AR LOWE'S                    06/12/00 PRM AT&T WIRELESS SERVIC
06/02/00 PRM CB&T                     04/19/00 AR AMERICAN EXPRESS
04/18/00 EQUIFAX - DISCLOSURE
11/23/99 STANDFACTS/TRUST ONE MORTGAGE B
11/23/99 EQUIFAX - UPDATE
11/22/99 INFONET   /PROTOFUND MORTGAGE CORP
11/22/99 CORONER AGENCY               11/17/99 WORLD SAVINGS
11/11/99 CREDCO    /FT MORTGAGE CO PHX FNMA
11/11/99 INFO 1    /PMCC MORTGAGE CORP
11/09/99 CREDCO    /PMCC LAS VEGAS FNMA
11/09/99 FIRST TENNESSEE MORT
11/05/99 INFO 1    /SILVER STATE FINANCIAL SV
11/05/99 INFO 1    /OCCIDENTAL MORTGAGE
11/05/99 ADVANTAGE /CLASSIC HOME LOANS
11/04/99 FACTL OTA /4801 CITY FED MORTGAGE
11/04/99 LANDSAFE  /LANDSAFE CREDIT
11/03/99 CB CENTRAL/606 ASPEN MORTGAGE
11/02/99 CITIMORTGAGE                 10/26/99 ACIS 929909225 915AA00018
10/25/99 LANDSAFE  /LANDSAFE CREDIT
10/22/99 LENDER'S  /PENNINGTON MORTGAGE
10/22/99 CREDIT SVC/SUNBELT FIRST FINANCIAL
10/21/99 EQUIFAX - DISCLOSURE
10/14/99 CREDCO    /GOLDEN WEST FUNDINGFNMACD
10/13/99 CB CENTRAL/606 CHASE MANHATTAN MO
10/13/99 FNCS      /NEVADA CITIZENS FINANCIAL
10/12/99 INFONET   /GOLDEN WEST FUNDING
10/12/99 FAR WEST  /FIRST UNITED MORTGAGE
10/11/99 1STAMCRED /CAPITOL COMMERCE MTG SAC
10/06/99 FK BONDED COLLECTORS OF
10/05/99 CREDCO    /PNC MTG LAPTOP PROGRAM
10/05/99 PNC MORTGAGE
10/04/99 CREDCO    /GMAC MTG 350 LA
09/14/99 CHASE CRDT/TRICOR MORTGAGE LENDING
09/14/99 TRICOR MORTGAGE LEND
09/09/99 LANDSAFE  /LANDSAFE CREDIT
08/04/99 CREDCO    /GMAC MTG 350 LAS VEGAS
07/13/99 LENDER'S  /HILLSBOROUGH MORTGAGE CO
```

G8G-RESTART 00000

COMPLETE PAGE 1 OF 1

EXHIBIT 3